**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6753**

---

BURN'ARD HUNTER,

Plaintiff - Appellant,

versus

ATTORNEY GENERAL, In his individual and offi-
cial capacities,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-00-214-7)

---

Submitted:  July 27, 2000          Decided:  August 7, 2000

---

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Burn'ard Hunter, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36.

PER CURIAM:

Burn'ard Hunter, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint for failure to state a claim upon which relief can be granted as provided in 28 U.S.C.A. § 1915A(b) (West Supp. 2000). We have reviewed the record and the district court's opinion and agree that the complaint fails to state a claim upon which relief may be granted. Accordingly, we dismiss the appeal on the reasoning of the district court. See Hunter v. Attorney General, No. CA-00-214-7 (W.D. Va. Apr. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2